IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03338-RTG

JESUS OMAR HERNANDEZ ARENAS,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility,
GEORGE VALDEZ,
TODD LYONS,
MARKWAYNE MULLIN, and
TODD B.,

Respondents.

---

**ORDER OF DISMISSAL**

---

Petitioner Jesus Omar Hernandez Arenas is a federal immigration detainee at the ICE Contract Detention Facility in Aurora, Colorado. Petitioner initiated this action on July 23, 2026 by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).

On July 24, 2026, Magistrate Judge Richard T. Gurley issued an Order (ECF No. 3) directing Petitioner to cure a filing deficiency within 30 days. (*See* ECF No. 3). Petitioner was directed to either pay the $5.00 filing fee applicable to habeas corpus application or submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. (*Id.*). The Court warned Petitioner that failure to cure

the filing deficiency within 30 days of the July 24 Order would result in dismissal of this action without prejudice. (*Id.*).

Petitioner has now failed to cure the filing deficiency as directed and has not requested an extension of time to do so. Therefore, this action will be dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied without prejudice for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Petitioner must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for the failure of Petitioner Jesus Omar Hernandez Arenas to comply with the July 24, 2026 Order Directing Petitioner to Cure Deficiency. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED September 3, 2026, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court